UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BW OFFSHORE USA, LLC | CIVIL ACTION |
| VERSUS | NUMBER: 14-1052 |
| TVT OFFSHORE AS | SECTION: |
| | JUDGE |
| | MAGISTRATE |

## COMPLAINT

The complaint of BW Offshore USA, LLC against TVT Offshore AS, ABC Insurance Co., Inc. and DEF Insurance Co., Inc. with respect represents:

**1.**

This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §1333 and/or admiralty and maritime law within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  Alternatively, this court has jurisdiction over this matter pursuant to the provisions of the Outer Continental Shelf Lands Act, 43 U.S.C. §1331 *et. seq.*, specifically 43 U.S.C. §1349(b)(1).

**2.**

At all material times, BW Offshore USA, LLC (hereinafter "BW Offshore") owned, operated and/or controlled a Floating Production Storage and Offloading unit called BW PIONEER.

**3.**

At all material times, defendant TVT Offshore AS was a Norwegian company which represented that it had workers, materials, and equipment of the highest quality

consistent with good marine and offshore practices; more specifically, TVT Offshore AS represented that it had highly trained employees who could perform specialized rigging work aboard the BW PIONEER.

**4.**

Louis de Jager was supplied to the BW PIONEER by defendant TVT Offshore AS. He arrived aboard the BW PIONEER on or about November 26, 2013, when the BW PIONEER was on the Outer Continental Shelf of the United States; specifically, Walker Ridge Block 249 of the Gulf of Mexico.

**5.**

De Jager was supplied to the vessel pursuant to a Master Service Agreement entered into on November 22, 2013 between BW Offshore and TVT Offshore AS.

**6.**

On or about December 9, 2013, Louis de Jager was injured while working aboard the BW PIONEER. He subsequently filed suit in the 19th Judicial District Court for the Parish of East Baton Rouge, naming as defendants BW Offshore USA, LLC and BW Offshore Management USA Inc. (This case was subsequently removed to the United States District Court for the Middle District of Louisiana.)

**7.**

Under the applicable Master Service Agreement between BW Offshore USA, LLC and TVT Offshore AS, defendant assumed certain obligations, but has breached or failed to honor those obligations in numerous respects, rendering TVT Offshore AS liable to plaintiff.

**8.**

Plaintiff avers that defendant failed to provide skilled and proper labor and/or equipment, thus breaching Paragraph 9 of the contract.

**9.**

Defendant failed to identify and obtain approval for subcontractors it utilized for the work in question, breaching Paragraph 21 of the Master Service Agreement.

**10.**

Defendant breached and/or failed to perform the contract in other respects which will be proven at the trial of this matter.

**11.**

Subsequent to the accident, the defendant has failed to fulfill the indemnities required under the contract; specifically, Paragraph 13 of the contract required "Contractor" [TVT Offshore AS] to protect, defend and indemnify BW Offshore and the BW Offshore Group from and against any and all claims for personal or bodily injury to any member of "Contractor's Group," which was specifically defined to include TVT Offshore AS, its subcontractors and the employees of these and other parties.

**12.**

BW Offshore has made amicable demand upon TVT Offshore AS to assume the indemnity obligations contained in the applicable Master Service Agreement, but this has been refused by TVT Offshore AS.

**13.**

The Master Service Agreement also required TVT Offshore AS to procure and maintain at its sole expense, certain insurance coverages.  Upon information and belief, TVT Offshore AS obtained insurance from ABC Insurance Co., Inc. and DEF Insurance

Co., Inc., both foreign insurers authorized to do and/or doing business in this district which are answerable for the claims asserted by Louis de Jager against BW Offshore USA, LLC and BW Offshore Management USA Inc., as well as the claims by BW Offshore USA, LLC against TVT Offshore AS.

**14.**

The Master Service Agreement provided in Paragraph 20 that it was to be governed by the General Maritime Law of the United States; further, the agreement provided for venue in New Orleans, Louisiana if federal jurisdiction of any type existed. Accordingly, this suit is proper in this Honorable Court.

**15.**

Paragraph 20 of the Master Service Agreement provided that in the event BW Offshore was required to institute suit to enforce any right or obligation against TVT Offshore AS, then BW Offshore would be entitled to recover reasonable attorneys' fees, court costs and all other expenses related thereto.  Accordingly, BW Offshore formally claims  attorneys' fees, court costs and all other expenses connected with this suit against TVT Offshore AS..

**16.**

BW Offshore further requests that this court order specific performance of the contract, and require TVT Offshore AS and/or its underwriters to provide full defense, indemnity and insurance coverage to BW Offshore, as required by the Master Service Agreement.

**17.**

Plaintiff reserves the right to amend its Complaint as further information is developed through discovery or otherwise.

WHEREFORE, plaintiff prays that after due proceedings, this Court issue judgments and/or orders:

1. Finding TVT Offshore AS in breach of its obligations under the Master Service Agreement;

2. Ordering TVT Offshore AS, ABC Insurance Co., Inc. and DEF Insurance Co., Inc. to defend and indemnify BW Offshore USA, LLC against all claims asserted by Louis de Jager;

3. Entering judgment in favor of plaintiff in conformity with the above;

4. Entering judgment in favor of plaintiff BW Offshore USA, LLC and against TVT Offshore AS for all attorneys' fees, costs, expenses and interest related to this proceeding, and the defense and indemnity of the suit filed by Louis de Jager; and

5. Awarding any further relief which plaintiff is entitled to receive in law or in equity.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   *s/ Kevin J. LaVie*
          KEVIN J. LAVIE, T.A. (#14125)
          Canal Place
          365 Canal Street - Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Telecopier: 504-568-9130
          Email: kevin.lavie@phelps.com
          Attorneys for Plaintiff, BW Offshore
               USA, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served upon all counsel of record by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile      ( )  UPS

( X )  ECF      ( )  E-mail

New Orleans, Louisiana this 8th day of May, 2014.

*s/ Kevin J. LaVie*
KEVIN J. LAVIE